UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>TIANJIN PORT FREE TRADE ZONE INTERNATIONAL TRADE SERVICE CO., v. TIANCHENG CHEMPHARM, INC. USA | **DISTRICT**<br>Eastern District | **DOCKET NUMBER**<br>18-1819 |
| | **JUDGE**<br>Joanna Seybert | **APPELLANT**<br>TIANCHENG CHEMPHARM, INC. USA |
| | **COURT REPORTER**<br>Perry Auerbach | **COUNSEL FOR APPELLANT**<br>Hui Chen |

Check the applicable provision:
- [✔] I am ordering a transcript.
- [ ] I am not ordering a transcript

Reason for not ordering a transcript:
- [ ] Copy is already available
- [ ] No transcribed proceedings
- [ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT** [ ] Funds  [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**
- [✔] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [✔] PREPARE TRANSCRIPT OF TRIAL
- [✔] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

Hui Chen
136-20 38th Avenue, Suite 9E
Flushing, NY 11354

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b).** I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE<br>/s/ Hui Chen | DATE<br>July 9, 2018 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |